THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GLOVER, Appellant. [812 NYS2d 930]—Judgment, Supreme Court, New York County (Jeffrey M. Atlas, J.), rendered on or about February 8, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Gonzalez and McGuire, JJ.